# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40146
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 1, 2014

Lyle W. Cayce
Clerk

SANDY DICKERSON,

Plaintiff-Appellant

v.

OWEN JOSEPH MURRAY; UNKNOWN DOCTORS AND OFFICIALS, At University of Texas Medical Branch – Galveston; DOCTOR TARRY; KELLY WALLACE,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:11-CV-200

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Sandy Dickerson, Texas prisoner # 1483568, appeals the district court's dismissal of his pro se civil rights complaint. Dickerson is barred from proceeding in forma pauperis (IFP) under 28 U.S.C. § 1915(g) because, on at least three prior occasions while incarcerated, he has brought a civil action in a court of the United States that was dismissed as frivolous, malicious, or for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

failure to state a claim upon which relief could be granted. *See Dickerson v. Anderson*, No. 4:07-CV-0009 (N.D. Tex. Feb. 16, 2007) (dismissing civil rights complaint for failure to state a claim); *Dickerson v. Tarrant County Jail*, No. 4:06-CV-0793 (N.D. Tex. Dec. 15, 2006) (dismissing civil rights complaint for failure to state a claim); *Dickerson v. Tarrant County Jail*, No. 4:06-CV-0743 (N.D. Tex. Oct. 25, 2006) (dismissing civil rights complaint for failure to state a claim).  Further, the record does not reflect that Dickerson is "under imminent danger of serious physical injury." § 1915(g).

Accordingly, Dickerson's IFP status is decertified, and the appeal is dismissed.  Dickerson has 15 days from the date of this opinion to pay the full appellate filing fee to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED; APPEAL DISMISSED.